# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INNOVATIONS IN MEMORY LLC,<br><br>        Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>        Defendant. | Case No. 2:24-cv-00360-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| INNOVATIONS IN MEMORY LLC,<br><br>        Plaintiff,<br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>        Defendant. | Case No. 2:24-cv-00296-JRG<br>(Member Case) |

## JOINT STIPULATION OF DISMISSAL OF ASSERTED PATENT

Plaintiff Innovations In Memory LLC ("IIM") and Defendant International Business Machines Corporation ("IBM") hereby stipulate and agree as follow:

WHEREAS, on May 1, 2024, IIM filed a complaint (Dkt. No. 1) (the "Complaint") in *Innovations In Memory LLC. v. International Business Machines Corporation*, Case No. 2:24-cv-00296-JRG-RSP (Member Case), the above-captioned action, alleging certain IBM products identified therein infringed U.S. Patent No. 9,304,714 ("the '714 Patent"); 8,285,961 ("the '961 Patent"); 8,782,340 ("the '340 Patent"); 7,672,226 ("the '226 Patent"); 8,160,070 ("the '070 Patent"); and 8,417,871 ("the '871 Patent") (collectively, the "patents-in-suit");

WHEREAS, the parties seek to streamline the issues in dispute; and

NOW, THEREFORE, the Parties HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Count IV of the Complaint alleging infringement of the '226 Patent against IBM is dismissed with prejudice;

This Stipulation only dismisses those claims relating to the '226 Patent and does not dismiss any other claims of infringement based on the '714 Patent, '961 Patent, '340 Patent, '070 Patent, or '871 Patent.

Dated: November 4, 2024

Respectfully submitted,

*/s/ Brett Cooper*
Brett E. Cooper (NY SBN 4011011)
bcooper@bclgpc.com
Seth Hasenour (TX SBN 24059910)
shasenour@bclgpc.com
Jonathan Yim (NY SBN 5324967)
jyim@bclgpc.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bclgpc.com
John Petrsoric (NY SBN 3995313)
jpetrsoric@bclgpc.com
Scott Kolassa (NY SBN 4308409)
skolassa@bclgpc.com

**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016
Phone: 212-951-0100

***Attorneys for Plaintiff Innovations In Memory LLC***


*/s/ Stephanie Sivinski*
John R. Emerson (TX SBN 24002053)
russ.emerson@haynesboone.com
Stephanie N. Sivinski (TX SBN 24075080)
stephanie.sivinski@haynesboone.com
Caroline Wray Fox (TX SBN 24079607)
caroline.fox@haynesboone.com

Andrew Drott (TX SBN 24126568)
andrew.drott@haynesboone.com
**Haynes and Boone, LLP**
2801 N. Harwood Street, Suite 2300
Dallas, Texas 75201
(214) 651-5000 (telephone)
(214) 200-0615 (fax)

*Of Counsel:*

Andrea L. Fair
Email: andrea@millerfairhenry.com
Texas Bar No. 24078488
MILLER, FAIR, HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
Fax: 903-757-2323

***Attorneys for Defendant International Business Machines Corporation***

## CERTIFICATE OF SERVICE

I certify that this document is being served upon counsel of record on November 4, 2024 via electronic service.

>/s/ *Brett Cooper*
> Brett Cooper

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), the undersigned certifies that counsel for Plaintiff met and conferred with counsel for Defendants on November 4, 2024. The Parties are in agreement and seeking joint relief.

>/s/ *Brett Cooper*
> Brett Cooper