# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INNOVATIONS IN MEMORY LLC, <br><br> Plaintiff, <br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Case No. 2:24-cv-00360-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| INNOVATIONS IN MEMORY LLC, <br><br> Plaintiff, <br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant. | Case No. 2:24-cv-00296-JRG <br> (Member Case) |

## ORDER GRANTING AND ENTERING
## JOINT STIPULATION TO DISMISS ASSERTED PATENT

Before the Court is Plaintiff Innovations In Memory LLC ("IIM") and Defendant International Business Machines Corporation ("IBM") (collectively, the "Parties") Joint Stipulation regarding dismissal of certain claims from this action with prejudice.

Having duly considered the Parties' submission, the Court GRANTS the Stipulation.

IT IS ORDERED that "Count IV – Infringement of U.S. Patent No. 7,672,226" is dismissed with prejudice.

No other claims relating to the other asserted patents are affected by this Order.