# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INNOVATIONS IN MEMORY LLC,<br><br>              Plaintiff,<br>    v.<br><br>CISCO SYSTEMS, INC.,<br><br>              Defendant. | Case No. 2:24-cv-00360-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| INNOVATIONS IN MEMORY LLC,<br><br>              Plaintiff,<br>    v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>              Defendant. | Case No. 2:24-cv-00296-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

### JOINT MOTION FOR ENTRY OF ORDER FOCUSING PATENT CLAIMS AND PRIOR ART

      Plaintiff Innovations In Memory LLC ("IIM") and Defendant International Business Machines Corporation ("IBM") jointly submit their proposed Order Focusing Patent Claims and Prior Art ("Focusing Order"). The parties have met and conferred and agree that the Focusing Order will assist in focusing the patent claims and prior art in this case. The Parties' proposed Focusing Order is attached as Exhibit A.

      The Parties respectfully request that the Court enter the proposed Focusing Order attached as Exhibit A.

| | |
|---|---|
| Dated: December 19, 2024 | Respectfully submitted, |
| By: */s/ Brett E. Cooper*<br>Brett E. Cooper (NY SBN 4011011)<br>bcooper@bclgpc.com<br>Seth Hasenour (TX SBN 24059910)<br>shasenour@bclgpc.com<br>Jonathan Yim (NY SBN 5324967)<br>jyim@bclgpc.com<br>Drew B. Hollander (NY SBN 5378096)<br>dhollander@bclgpc.com<br>John Petrsoric (NY SBN 3995313)<br>jpetrsoric@bclgpc.com<br>Scott Kolassa (NY SBN 4308409)<br>skolassa@bclgpc.com<br>Ashley M. Ratycz (IL SBN 6330321)<br>aratycz@bclgpc.com<br><br>**BC LAW GROUP, P.C.**<br>200 Madison Avenue, 24th Floor<br>New York, NY 10016<br>Tel.: (212) 951-0100<br>Fax: (646) 293-2201<br><br>***Attorneys for Plaintiff Innovations In Memory LLC*** | By: */s/ Stephanie N. Sivinski*<br>John R. Emerson (TX SBN 24002053)<br>russ.emerson@haynesboone.com<br>Stephanie N. Sivinski (TX SBN 24075080)<br>stephanie.sivinski@haynesboone.com<br>Caroline Wray Fox (TX SBN 24079607)<br>caroline.fox@haynesboone.com<br>Andrew Drott (TX SBN 24126568)<br>andrew.drott@haynesboone.com<br>**Haynes and Boone, LLP**<br>2801 N. Harwood Street, Suite 2300<br>Dallas, Texas 75201<br>(214) 651-5000 (telephone)<br>(214) 200-0615 (fax)<br><br>Of Counsel:<br><br>Andrea L. Fair<br>Email: andrea@millerfairhenry.com<br>Texas Bar No. 24078488<br>**MILLER, FAIR, HENRY PLLC**<br>1507 Bill Owens Parkway<br>Longview, Texas 75604<br>Telephone: 903-757-6400<br>Fax: 903-757-2323<br><br>***Attorneys for Defendant International Business Machines Corporation*** |

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has meet and conferred and agreed that this is a joint motion.

*/s/ Brett E. Cooper*
Brett E. Cooper

## CERTIFICATE OF SERVICE

I certify that this document is being served upon counsel of record on December 19, 2024 via electronic service.

*/s/ Brett E. Cooper*
Brett Cooper